# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JAMES LEWIS DIXIE, | Case No. CV 04-10488-GAF (JWJ) |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| M. YARBOROUGH, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered 1) **dismissing the instant action with prejudice** as to plaintiff's official capacity claims against defendants Lane, Quinonez, Yarborough, Middleton, Pyke, Gonzalez, Williams, and Downs to the extent that plaintiff seeks monetary damages

1  from the defendants; (2) **denying** defendants' Motion to Dismiss on
2  nonexhaustion grounds; (3) **granting** defendants' Motion for Summary
3  Judgment as to defendants Quinonez, Yarborough, Middleton, Pyke,
4  Gonzalez, Williams, and Downs; and (4) **denying** defendants' Motion for
5  Summary Judgment as to defendant Lane.
6     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
7  of this Order and the Judgment of this date on plaintiff.

9  DATED: May 8, 2009

_____
GARY A. FEESS
United States District Judge

2