UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES LEWIS DIXIE, | Case No. CV 04-10488-GAF (JWJ) |
| Plaintiff, | JUDGMENT |
| vs. | |
| M. YARBOROUGH, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered (1) **dismissing the instant action with prejudice** as to plaintiff's official capacity claims against defendants Lane, Quinonez, Yarborough, Middleton, Pyke, Gonzalez, Williams, and Downs to the extent that plaintiff seeks monetary damages from the defendants; (2) **denying** defendants' Motion to Dismiss on nonexhaustion grounds; (3) **granting** defendants' Motion for Summary Judgment

///

///

1  as to defendants Quinonez, Yarborough, Middleton, Pyke, Gonzalez,
2  Williams, and Downs; and (4) **denying** defendants' Motion for Summary
3  Judgment as to defendant Lane.
4
5  DATED: May 8, 2009

_____
GARY A. FEESS
United States District Judge